JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>J1778 LLC dba PREMIER POOLS AND SPAS YUMA, an Arizona limited liability company; and JASON MILLER, an individual,<br><br>          Defendants. | Case No. 8:23-cv-01516-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Order to Show Cause [ECF No. 12] entered on or about September 19, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure in view of Plaintiff's failure to respond,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE